**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 20-2346**

———————

STACY MOORE,

                Plaintiff - Appellant,

    v.

LUMBER LIQUIDATORS, INC.,

                Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Anthony John Trenga, Senior District Judge. (1:19-cv-02823-AJT-MSN; 1:15-md-02627-AJT-MSN)

———————

Submitted: July 8, 2021                Decided: August 6, 2021

———————

Before GREGORY, Chief Judge, and KING and QUATTLEBAUM, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Stacy Moore, Appellant Pro Se. Michael Edward Lacy, TROUTMAN PEPPER HAMILTON SANDERS LLP, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stacy Moore appeals the district court's order granting summary judgment in favor of defendant. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Moore v. Lumber Liquidators, Inc.*, Nos. 1:19-cv-02823-AJT-MSN, 1:15-md-02627-AJT-MSN (E.D. Va. filed Nov. 12 & entered Nov. 13, 2020). In addition, Moore raises numerous objections and arguments for the first time on appeal. However, given her lack of evidence on summary judgment, she cannot show that any error affected her substantial rights, as necessary for a showing of plain error. *See United States v. Olano*, 507 U.S. 725, 732 (1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*